IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ILLINOIS )
PENSION FUND and BOARD OF TRUSTEES )
OF THE LOCAL UNION NO. 422 U.A. OF )
JOLIET, ILLINOIS WELFARE FUND, )
                                     Plaintiffs, )
                                     vs. )     No. 03 C 8674
M & J MECHANICAL CONTRACTORS, an )
Illinois corporation, )
                                     Defendant. )

## MEMORANDUM OPINION AND ORDER

       This ERISA collection case has been going on for a long time. It ultimately came down to what was owed for the hours of one employee during four months in 2003. Plaintiffs moved for summary judgment, contending that the employee worked specific numbers of hours during those four months. Defendant calculated the hours as slightly less, but, otherwise, did not disagree with plaintiffs' contentions and calculations. Rather than further prolonging what was now a minor dispute, plaintiffs now accept defendant's determination of hours. Accordingly, we enter summary judgment for plaintiffs in the amount of $5,052.17, together with reasonable attorney's fees and costs.

       The judgment does not, however, end the lawsuit. Plaintiffs must still submit their petition for fees and costs, and, we are led to believe, the fees amount is now the central dispute. The parties shall comply with Local Rule 54.3.

                                                                     JAMES B. MORAN
                                                            Senior Judge, U. S. District Court

Aug. 21, 2007.